No. 623. SEABOARD AIR LINE RAILWAY COMPANY *v.*
LEE VANDIVER. January 3, 1921. Petition for a writ of

certiorari to the Court of Appeals of the State of Georgia denied. *Mr. Hollins R. Randolph* for petitioner. *Mr. Virgil E. Adams* for respondent.